JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTAN SEFERAJ,<br><br>              Plaintiff,<br>     v.<br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. CV 21-6928-DMG (AFMx)<br><br>**JUDGMENT** |

   Pursuant to the Court's Findings of Fact and Conclusions of Law, filed on August 28, 2023,

   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Destan Seferaj, in the amount of $12,108.85.

DATED: August 28, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE